IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONWAY INDUSTRIAL SUPPLY, INC.**                                                           **PLAINTIFF**

v.                          Case No. 4:15-cv-235-KGB

**EPOXYN PRODUCTS, LLC**
**and HAMILTON SCIENTIFIC LLC**                                                           **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation to dissolve temporary restraining order without prejudice (Dkt. No. 6). For good cause shown, the Court dissolves without prejudice the temporary restraining order (Dkt. No. 3) and removes from the docket the previously scheduled April 27, 2015, hearing in this matter.

SO ORDERED this 24th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE