IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONWAY INDUSTRIAL SUPPLY, INC.**                                                                   **PLAINTIFF**

v.                     Case No. 4:15-cv-235-KGB

**EPOXYN PRODUCTS, LLC**
**and HAMILTON SCIENTIFIC LLC**                                                                   **DEFENDANTS**

## ORDER

The parties have filed a joint stipulation of dismissal (Dkt. No. 22). The parties stipulate that all claims in this action are hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees. Accordingly, this this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees. All pending motions are denied as moot.

SO ORDERED this 11th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE